IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

IN RE: BERNARND R. WEBB and
JUDY M. WEBB,
    Debtors.

BERNARD RICHARD WEBB and
JUDY MAYE WEBB,
    Appellants,

v.                                      CIVIL ACTION NO. 3:18-0535
                                        BANKRUPTCY NO. 15-30498
                                        ADV. PROCEEDING NO. 3:16-ap-3013

CITY NATIONAL BANK OF WEST VIRGINIA,
    Appellee.

## AGREED DISMISSAL ORDER

Upon the agreement and stipulation of the parties, Appellants/Debtors Bernard and Judy Webb, by counsel and Appellee/Creditor City National Bank of West Virginia, by counsel, aver that the matters at issue between them in the present action, which concern all claims between the parties arising out of the transaction, have been compromised, agreed, and settled.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that all claims between the parties arising out of the transaction be **DISMISSED** with prejudice.

The Clerk is directed to send copies of this Order to all counsel of record.

**IT IS SO ORDERED.**

Entered this 29 day of Jan, 2019.

Robert C. Chambers
United States District Judge

1

                Respectfully Submitted,
                BERNARD RICHARD WEBB
                JUDY MAYE WEBB,
                by counsel.

/s/ Jed R. Nolan
Jed R. Nolan WV Bar #10833
MOUNTAIN STATE JUSTICE, INC.
223 Prince Street
Beckley, WV 25801
(304) 344-3144
(304) 344-3145 (fax)
*Counsel for Debtors-Appellants*